JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–1067. ODYSSEY MARINE EXPLORATION, INC. v. UNIDENTIFIED SHIPWRECKED VESSEL ET AL.;

No. 11–1068. REPUBLIC OF PERU v. UNIDENTIFIED SHIPWRECKED VESSEL ET AL.; and

No. 11–1070. DE ALIAGA ET AL. v. KINGDOM OF SPAIN. C. A. 11th Cir. Motion of Professional Marine Explorers Society, Inc., et al. for leave to file a brief as *amici curiae* out of time denied. Certiorari denied. Reported below: 657 F. 3d 1159.

No. 11–1077. NICHOLAS & ASSOCIATES, INC., ET AL. v. CENTRAL LABORERS' PENSION FUND ET AL. App. Ct. Ill., 2d Dist. Motion of Builders Association for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 11–1125. FLINT v. WHALIN, MAGISTRATE JUDGE, UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF KENTUCKY. C. A. 6th Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 11–8619. AL-MONLA v. UNITED STATES. C. A. 1st Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–9804. VINSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–8629. SMITH v. COLSON, WARDEN, *ante*, p. 901;

No. 10–9742. COOK v. ARIZONA, *ante*, p. 904;

No. 11–863. SMITH v. FRIEDMAN ET AL., 565 U. S. 1260;

No. 11–867. HOLKESVIG v. MOORE, 565 U. S. 1260;

No. 11–918. SIWULA v. TOWN OF HORNELLSVILLE, NEW YORK, ET AL., *ante*, p. 906;

No. 11–927. GARGANO v. SUPREME JUDICIAL COURT OF MASSACHUSETTS, *ante*, p. 921;

No. 11–939. WANKEN v. WANKEN ET AL., *ante*, p. 922;

No. 11–5141. ROSA v. UNITED STATES, 565 U. S. 1236;

No. 11–7148. OTTO ET UX. v. HILLSBOROUGH COUNTY, FLORIDA, 565 U. S. 1236;

No. 11–7158.  GRAY v. VALDEZ, WARDEN, ET AL., 565 U. S. 1124;

No. 11–7388.  FLORES v. CALIFORNIA, 565 U. S. 1164;

No. 11–7392.  HAYNES v. TEXAS, 565 U. S. 1164;

No. 11–7483.  IN RE SQUARE, 565 U. S. 1109;

No. 11–7692.  AKINE v. FLORIDA, 565 U. S. 1208;

No. 11–7754.  SOUTHWARD v. WARREN, WARDEN, 565 U. S. 1209;

No. 11–7853.  WATSON v. KELLEY FLEET SERVICES, LLC, 565 U. S. 1212;

No. 11–7901.  GONZALEZ v. BERGHUIS, WARDEN, 565 U. S. 1213;

No. 11–8004.  MERRITT v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., 565 U. S. 1216;

No. 11–8137.  DIXON v. MISSISSIPPI, 565 U. S. 1248;

No. 11–8139.  GORDON v. FLORIDA ET AL., 565 U. S. 1248;

No. 11–8167.  VELLEFF v. UNITED STATES, 565 U. S. 1221;

No. 11–8183.  OFOR v. U. S. BANK, N. A., ET AL., 565 U. S. 1264;

No. 11–8196.  RUTLEDGE v. LASSEN COUNTY, CALIFORNIA, ET AL., 565 U. S. 1264;

No. 11–8205.  WILLIAMS v. GEORGIA ET AL., 565 U. S. 1264;

No. 11–8214.  BLANKENSHIP v. ALLEN, JUDGE, COUNTY COURT OF FLORIDA, ESCAMBIA COUNTY, 565 U. S. 1265;

No. 11–8246.  JOHNSON v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA, 565 U. S. 1265;

No. 11–8280.  BENNETT v. UNITED STATES, 565 U. S. 1223;

No. 11–8307.  OBI v. VIRGINIA, 565 U. S. 1266;

No. 11–8351.  CASTLEBERRY v. ACE AMERICAN INSURANCE/ESIS, 565 U. S. 1268;

No. 11–8405.  BIRDETTE v. DAL GLOBAL SERVICES, LLC, 565 U. S. 1250;

No. 11–8407.  BAEZ v. HUNT ET AL., *ante*, p. 909;

No. 11–8434.  MCGUIRE v. UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA, 565 U. S. 1268;

No. 11–8573.  MOORE v. UNITED STATES, 565 U. S. 1241;

No. 11–8591.  MCPHERSON v. TEXAS, 565 U. S. 1270;

No. 11–8721.  AKINE v. FLORIDA, *ante*, p. 927;

No. 11–8797.  JONES v. SHINSEKI, SECRETARY OF VETERANS AFFAIRS, *ante*, p. 927; and

No. 11–8811.  GRIFFIN v. UNITED STATES, 565 U. S. 1272.  Petitions for rehearing denied.